Date signed January 11, 2008



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DOMINGO DUMLAO | : | Case No. 07-21874PM |
| REBECCA DUMLAO | : | Chapter 7 |
| | : | |
| Debtors | : | |

## MEMORANDUM TO PARTIES
## ON TRUSTEE'S REPORT OF NON-COMPLIANCE

Upon consideration of the Chapter 7 Trustee's Notice of Possible Dismissal of Case on account of Debtors' failure to provide Federal income tax information, and for the reasons stated in the Debtors' response thereto, the court will take no action at this time.

cc:
Domingo, Rebecca Dumlao, P.O. Box 180, Great Mills, MD 20634
Richard B. Starkey, Esq., 11705 Berry Road, Suite 202, Waldorf, MD 20603
Roger Schlossberg, Trustee, 134 W. Washington St., P.O. Box 4227, Hagerstown MD 21741

**End of Memorandum**